## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § |
| Plaintiff, | § § |
| v. | §   CASE NO. 4:21-cv-784 |
| SUHYUN AN, JOHNSON MEDICAL GROUP PLLC (*d/b/a* Campbell Medical Clinic), and CAMPBELL MEDICAL GROUP, PLLC, | § § § § § § |
| Defendants. | § § |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Counsel for the United States informs the Court that it is voluntarily dismissing this action without prejudice. No defendant has filed an answer in this case, and therefore dismissal is proper without the need for a court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties have resolved the claims in this action pursuant to a settlement agreement that requires payment from the defendants over the course of five years. If the defendants default on their payment obligations, the United States retains the option to either reinstate the claims raised in this suit or to enforce the settlement agreement itself. Accordingly, this dismissal is being filed without prejudice as to re-filing and is subject to the terms of the settlement agreement.

Dated: June 8, 2021                    Respectfully submitted,

                                                                              JENNIFER B. LOWERY
Acting United States Attorney

*/s/ Brad R. Gray*
Brad R. Gray
Assistant United States Attorney
Southern District No. 2827958
Texas Bar No. 24097759
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9599
Fax: (713) 718-3300
Email: Brad.Gray@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

    I certify that on June 8, 2021, a true and correct copy of this document was filed via CM/ECF. In addition, I will email a true and correct copy of this document to Lynette Byrd, counsel for the Defendants, at lsb@federal-lawyer.com.

*/s/ Brad R. Gray*
Brad R. Gray
Assistant United States Attorney